UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE JAMES STANTON,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and TROTT AND
TROTT, P.C.,

    Defendants.

_____/

Case No. 1:09-CV-990

HON. GORDON J. QUIST

## ORDER

In accordance with the Opinion filed on this date,

**IT IS HEREBY ORDERED** that Defendants' Motion To Dismiss Pursuant To FRCP 12(b)(6) And 12(c) Or Summary Judgment Pursuant To FRCP Rule 56 (docket no. 11) is **GRANTED**. Defendants are granted summary judgment on all of Plaintiff's claims, and Plaintiff's complaint is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that: (1) Plaintiff's Motion To Compel And Mandatory Judicial Notice (docket no. 14); (2) Plaintiff's Motion For Reconsideration Of Order Denying Motions For Preliminary Injunction Of December 09, 2009 (docket no. 15); (3) Plaintiff's Motion For Instructions From The Court (docket no. 17); and (4) Plaintiff's Motion For Discovery Pursuant To F.R.C.P. Rule 26(d) (docket no. 19) are **DENIED**.

This case is **concluded**.

Dated: February 23, 2010

                    /s/ Gordon J. Quist
                    GORDON J. QUIST
                    UNITED STATES DISTRICT JUDGE