UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DUANE JAMES STANTON,

        Plaintiff,

v.                                                    Case No. 1:09-CV-990

FEDERAL NATIONAL MORTGAGE        HON. GORDON J. QUIST
ASSOCIATION and TROTT AND
TROTT, P.C.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered on this day, judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated: February 23, 2010                              /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE